No. 2,606.—NEW YORK LIFE INSURANCE CO., APPELLANT, *v.* E. J. NADEAU, COUNTY TREASURER, RESPONDENT.

*Appeal from District Court, Deer Lodge County; Geo. B. Winston, Judge.*

On motion to dismiss appeal.

Decided December 15, 1908.

PER CURIAM.—Respondent's motion to dismiss the appeal herein is, after due consideration, sustained and the appeal accordingly dismissed.

*Mr. Jas. A. McIntosh,* and *Mr. R. L. Clinton,* for Appellant.

*Mr. John W. Jones,* for Respondent.

———

No. 2,661.—STATE EX REL. J. J. SULLIVAN, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

APPLICATION for writ of supervisory control against the District Court of the Second Judicial District, and Geo. M. Bourquin, a Judge thereof.

Decided December 18, 1908.

PER CURIAM.—Relator's petition for a writ of supervisory control herein, heretofore submitted, is hereby denied.

*Mr. T. F. Nolan,* for Relator.